UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-80614-Civ-Ryskamp/Hopkins

BENJAMIN B. KAMINECKI,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Plaintiff, Benjamin B. Kaminecki, files Defendant's Offer of Judgment served upon Plaintiff under Certificate of Service dated November 15, 2013 and attached as Exhibit "A".

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-80614-Civ-Ryskamp/Hopkins

BENJAMIN B. KAMINECKI,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 26, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    s/Donald A. Yarbrough
                                                    Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Phillip S. Howell, Esq.
Galloway, Johnson, Tompkins, Burr & Smith, PLC
Suite 303
620 East Twiggs Street
Tampa, FL 33602
Telephone: 813-977-1200
Facsimile: 813-977-1288

Via Notices of Electronic Filing generated by CM/ECF