UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-80614-Civ-Ryskamp/Hopkins

BENJAMIN B. KAMINECKI,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF PARTIAL JUDGMENT

Pursuant to Fed.R.Civ.P. 68, Plaintiff, Benjamin B. Kaminecki, files this Motion for Entry of Partial Judgment against Defendant, Focus Receivables Management, LLC, and in support thereof states as follows:

1. On November 15, 2013, Defendant served Plaintiff its Offer of Judgment pursuant to Fed.R.Civ.P. 68 regarding Plaintiff's claims under the Federal Debt Collection Practices Act.

2. On November 26, 2013, Plaintiff accepted Defendant's Offer of Judgment. Plaintiff's acceptance was timely (DE 16).

3. Defendant's Offer of Judgment for the Federal Debt Collection Practices Act provides for entry of a Judgment of $1,001.00 in favor of Plaintiff and Plaintiff's reasonable attorney fees and costs.

4. This judgment does not affect Plaintiff's claim under the Telephone Consumer Protection Act which remains before the Court.

## CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)

By service of its Offers in Judgment upon Plaintiff, Defendant has demonstrated its lack of opposition to the entry of Judgment.

WHEREFORE, Plaintiff requests this Court enter Partial Judgment regarding Plaintiff's claims under the Federal Debt Collection Practices Act in favor of Plaintiff, Benjamin B. Kaminecki, and against Defendant, Focus Receivables Management, LLC, in the amount of $1,001.00 and reserve jurisdiction on the issue of Plaintiff's attorney's fees and costs.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-80614-Civ-Ryskamp/Hopkins

BENJAMIN B. KAMINECKI,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  November 26, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                                                                       s/Donald A. Yarbrough
                                                                       Donald A. Yarbrough, Esq.


## SERVICE LIST

Mr. Phillip S. Howell, Esq.
Galloway, Johnson, Tompkins, Burr & Smith, PLC
Suite 303
620 East Twiggs Street
Tampa, FL 33602
Telephone: 813-977-1200
Facsimile: 813-977-1288

Via Notices of Electronic Filing generated by CM/ECF

3