UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-80614-Civ-Ryskamp/Hopkins

BENJAMIN B. KAMINECKI,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

## PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S VERIFIED BILL OF COSTS

Plaintiff, Benjamin B. Kaminecki, files this Memorandum in Support of his Verified Bills of Costs, and, in support thereof, states as follows:

Pursuant to Fed. R. Civ. P. 54(d)(1), Plaintiff is entitled to the costs of this action as the prevailing party. Pursuant to 28 U.S.C. § 1920, regarding the costs that may be taxed:

> A judge or clerk of any court of the United States may tax as costs the following:
>
> (1) Fees of the clerk and marshal;
>
> (2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
>
> (3) Fees and disbursements for printing and witnesses;
>
> (4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
>
> (5) Docket fees under section 1923 of this title [28 USCS § 1923];

(6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title [28 USCS § 1828].

28 U.S.C. § 1920.

Plaintiff has filed a Verified Bill of Costs and respectfully requests that costs be taxed against Defendant pursuant to 28 U.S.C. § 1920 and Fed. R. Civ. P. 54(d)(1) in the amount of $430.00.

## **SPECIFIC COSTS**

1. Plaintiff seeks an award of $400.00 for the cost of the District Court filing fee. See attached Exhibit "A."

2. Plaintiff seeks an award of $30.00 for service of process upon Defendant. See attached Exhibit "A."

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-80614-Civ-Ryskamp/Hopkins

BENJAMIN B. KAMINECKI,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on January 2, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                           s/Donald A. Yarbrough
                                                       Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Phillip S. Howell, Esq.
Galloway, Johnson, Tompkins, Burr & Smith, PLC
Suite 303
620 East Twiggs Street
Tampa, FL 33602
Telephone: 813-977-1200
Facsimile: 813-977-1288

Via Notices of Electronic Filing generated by CM/ECF

3